IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| EDWARD HOLMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 02 C 7266 |
| v. | ) |
| | ) Judge Brown |
| DR. KUL SOOD, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled and, therefore, this cause should be dismissed with prejudice with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release of All Claims and Settlement Agreement entered by and between the parties.

RESPECTFULLY SUBMITTED,

_____   _____
ATTORNEYS FOR PLAINTIFF        ATTORNEYS FOR DEFENDANT

Arthur Loevy                   Michael J. Charysh
Michael Kanovitz               Richard A. Tjepkema
Amand Antholt                  Charysh & Shroeder, Ltd.
LOEVY & LOEVY                  33 North Dearborn Street
312 North May St., Ste. 100    Suite 1300
Chicago, IL                    Chicago, IL 60602
(312) 243-5900                 (312) 372-8338