# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
### Eastern Division

Edward Holmes

                                      Plaintiff,

v.                                      Case No.: 1:02−cv−07266

                                      Hon. Geraldine Soat Brown

Will County Adult Detention Facility Health Care Providers, et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 31, 2006:

      MINUTE entry before Judge Geraldine Soat Brown :A stipulation to dismiss has been filed. This case is dismissed with prejudice. The status hearing date of 09/01/06 is stricken. Terminating Case.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.